SHELLY BENEDETTO *v.* PITNEY BOWES, INC.
(13657)

O'CONNELL, FOTI and LANDAU, Js.

Submitted on briefs November 3—decision released November 29, 1994

*Leonard M. Crone* filed a brief for the appellant (plaintiff).

*Scott B. Clendaniel* filed a brief for the appellee (defendant).

PER CURIAM. The judgment is affirmed.